CLERK'S Letter from t/Central Dist of CA transferring case & transmitting t/following:

8/5/98 1 COMPLAINT filed SummonS(eS) Issued referred to Discovery Rosalyn M. Chapman (bg) [Entry date 08/10/98] [2: 98cv63 69]

8/5/98 3 NOTICE of intent to raise issues of Korean Law by plaintiffs (el) [Entry date 08/11/98] [2:98cv6369]

8/5/98 4 NOTICE by plaintiff Kyoung Chol Lee, plaintiff Pung Ja Lee, plaintiff Young Chol Lee, plaintiff Han Chol Lee, plaintiff Ju Chol Lee, plaintiff Mi Ja Lee, plaintiff Lee Jung Ja, plaintiff Byung Sueng Song, plaintiff Byung Ha Cong, plaintiff Byung Ha Song, plaintiff Byung Heon Song, plaintiff Soo Jin Song of related case(s) CV97-7023 HLH (RCX) (jc) [Entry date 08/14/98] [2:98cv63691

8/7/98 2 STAMDING ORDER by Judge Dean D. Pregerson (el) [Entry date 08/11/98] [2:98cv6369]

8/7/98 6 ORDER of consolidation by Judge Harry L. Hupp ; mandatory status conference set on 1:30 10/9/98 (Relates to MDL 1237 and all other related actions (shb) [Entry date 09/16/98] [2: 98cv6369]

8/21/98 5 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)1 Case transferred from Judge Dean D. Pregerson to Judge Harry L. Hupp for all further proceedings. The case number will now reflect the initials of the transferee Judge [ CV98-6369 HLH (RCx)] . (cc: all counsel) (jc) [Entry date 08/24/98] [2: 98cv6369]

1/8/99 7 WAIVER OF SERVICE of SUNMONS by defendant Serco Management Svc sent by plf on 11/24/98 ack by R M Kern Esq for deft on 12/3/98 (lc) [Entry date 01/11/991 [2:98cv6369]

1/25/99 8 ANSWER filed by defendant Serco Management Svc to complaint [1-1]; jury demand (Relates to MDL 1237) (shb) [Entry date 02/03/99] [2:98cv6369]

4/30/99 9 NOTICE OF CHANGE Of Address filed by Korean Air Lines Co Ltd for attys Frank Silane, Jennifer Johnston, Geneva Collins for Condon & Forsythe (Relates to mdl 1237) (shb) [Entry date 05/04/99] [2:98cv6369]

6/9/99 10 STIPULATION and ORDER by Judge Harry L. Hupp that plfs may amend complaint to add the United States of America as pty dft. (el) [Entry date 06/17/99] [2:98cv6369]

6/9/99 11 FIRST ANENDED COMPLAINT [1-11 by plaintiffs; adding USA; jury demand. Summons not issd (el) [Entry date 06/18/991 [2: 98cv63 691

6/23/99 SUMMONS issued on First Amended Complaint as to defendants (el) [Entry date 06/24/99] [2:98cv6369]

10/1/99 12 ANSWER filed by defendant USA to FIRST amended complaint [11-1] (Related to MDL 1237) (pbap) [Entry date 10/07/99] [2: 98cv63 69]

10/19/99 13 THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines Co; (relates to MDL 1237) (pbap) [Entry date 10/22/99] [2 :98cv6369]

11/5/99 14 WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air

Lines Co sent by plf on 10/18/99 (el) [Entry date 11/09/99] [2:98cv636911

12/16/99 15 ANSWER TO THIRD PARTY COMPLAINT [13-1] by third-party defendant Korean Air Lines Co (relates to MDL 1237) (pbap) [Entry date 12/27/99] [2:98cv6369]

12/16/99 15 COUNTERCLAIM by third-party defendant Korean Air Lines Co against third-party plaintiff USA ; (relates to MDL 1237) (pbap) [Entry date 12/27/991 [2:98cv6369]

12/16/99 15 CROSSCLAIM by third-party defendant Korean Air Lines Co against defendant Serco Management Svc ; Summons not issd (relates to MDL 1237) (pbap) [Entry date 12/27/99] [2: 98cv63 69]

1/5/00 16 ANSWER TO CROSSCLAIM [15-1] by cross-defendant Serco Management Svc (Relates to MDL 1237) (shb) [Entry date 01/13/00] [2:98cv6369]

1/5/00 16 CROSSCLAIM by cross-defendant Serco Management Svc against third-party defendant Korean Air Lines Co ; (Relates to MDL 1237) (shb) [Entry date 01/13/00] [2:98cv63691]

2/22/00 17 REPLY by third-party plaintiff USA re [15-1] (pbap) [Entry date 02/28/00] [2:98cv63691

5/3/00 18 DECLARATION by dft Korean Air Lines Co., LTD of Jennifer J. Johnston in suppt of opp to mot to enforce partial sttlmnt. (RELATES TO MDL 1237). (ab) [Entry date os/os/ool [2: 98cv6369]

5/3/00 19 OPPOSITION by dft Korean Air Lines Co., Ltd. to mot to enforce partial sttlmnt; memo of PA; decl of Jennifer J. Johnston. (RELATES TO MDL 1237). (ab) [Entry date 05/05/00] [2: 98cv63 69]

5/31/00 21 NOTICE OF MOTION AND MOTION by defendant USA to dismiss cases improperly fld in the USDC, Cent Dist of CA or, in the alt, to transfer cases to the USDC, Dist of Guam; motion hearing set for 9:30 6/21/00 (relates to MDL NO. 1237) (yl) [Entry date 06/21/00] [2:98cv6369]

6 /7/00 20 OPPOSITION by plaintiff to dft USA mot to dism or alt to trfr actn to District of Guam (relates to MDL 1237) (dmjr) [Entry date 06/16/001 [2:98cv6369]

6/14/00 22 REPLY by defendant USA in suppt of it's motion to dismiss cases improperly fld in the USDC, Cent Dist of CA [21-1], motion to transfer cases to the USDC, Dist of Guam [21-2] (relates to MDL NO. 1237) (yl) [Entry date 06/21/001 [2: 98cv63 69]

7/3/00 23 ERRATA sheet to Dft USA's reply memo in supprt of motion to dismiss cases improperly fld in the USDC, Cent Dist of CA [21-1], motion to transfer cases to the USDC, Dist of Guam [21-2] (pbap) [Entry date 07/05/00] [2:98cv6369]

7 /31/00 24 DECLARATION of Brian J. Alexander by plaintiff Steering Committee (pbap) [Entry date 08/01/00] [2:98cv6369]

7/31/00 25 SURREPLY by plaintiff Steering Committee in Opp re [21-1], re [21-2] (pbap) [Entry date 08/03/00] [2:98cv6369]

8/7/00 26 RESPONSE by defendant USA to to plfs' Surreply in Opp to motion to dismiss cases improperly fld in the USDC, Cent Dist of CA [21-1], to motion to transfer cases to the USDC, Dist of Guam [21-2]. (re: MDL 1237) (pbap) [Entry date 08/10/001 [2:98cv6369]

8/10/00 27 NOTICE OF MOTION AND MOTION by plaintiff Steering Committee re choice of law on the issue of damages agnst dfts US, Serco and KAL ; motion hearing set for 10:00 8/28/00 Lodged ord (pbap) [Entry date 08/11/00] [2:98cv6369]

8/10/00 28 MEMORANDUM IN SUPPORT by plaintiff Steering Committee of motion re choice of law on the issue of damages agnst dfts US, Serco and KAL [27-1] (pbap) [Entry date 08/11/001    [2: 98cv63 69]

10/4/00 29 NOTICE of Lien and agreement between KTkL and Kyung Chol Lee, Poong Ja Lee, Han chol Lee, Young Chol Lee, Joo chol   Lee, Mi Ja Lee, Jong Ja Lee, Byung Chuni Song,Byung Sueng   Song, Byung Ha Song, Byung Heon Song and Soo Jin Song relating to cash advances by cross-defendant Korean Air Lines Co (re: MDL 1237) (pbap) [Entry date 10/10/00] [2: 98cv63 69]

10/4/00 30 NOTICE of Lien and agreemtn between KAL and Kyung Chol Lee, Poong Ja Lee, Han chol Lee, Young Chol Lee, Joo chol Lee,   Mi Ja Lee and Jong Ja Lee relating to cash advances by cross-defendant Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry date 10/10/00] [2:98cv6369]

10/4/00 31 NOTICE of lien and agreement be6ween KAL and Byung chunl   Song, Byung Sueng Song, Byung Ha Song, Byung Heon Song and  Soo Jin Song relating to cash advances by third-party defendant Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry date 10/10/00] [2:98cv6369]

3/2/01 32 NOTICE OF MOTION by defendant USA to strike, and for motion hearing set for 10:00 3/26/01 Lodged prop ord w/mtn (re: MDL 1237) (pbap) [Entry date 03/07/01] [2 : 98cv63 69]

3/5/01 33 EX PARTE APPLICATION filed by defendant USA to expedite   hrg on its mtn to str plfs experts wits Lodged prop ord (pbap) [Entry date 03/08/011 [2:98cv6369]

3/7/01 34 ORDER by Judge Harry L. Hupp granting exparte motion to expedite hrg on its mtn to str plfs experts wits [33-1]   resetting hearing on motion to strike [32-1] & on motion   for [32-2] 10:00 3/19/01. Cnsl may appear by conf telephone   (pbap) [Entry date 03/12/01] [2:98cv6369]

3/9/0l 35 OPPOSITION by plaintiffs to motion to strike [32-1] ,  motion for [32-2], decl of Juanita M. Madole (pbap)    [Entry date 03/13/01] [2:98cv6369]

3/12/01 36 DECLARATION of Charles Herrmann by plaintiffs in supprt  of plf's response re motion to strike [32-1] (pbap)     [Entry date 03/15/01] [2:98cv6369]

3/14/01 37 RESPONSE by cross-defendant Korean Air Lines Co & Opp to plfs' attempts to conduct liability trials in the unsettled  cases re motion to strike [32-1] (pbap)    [Entry date 03/15/01] [2:98cv6369]

3/14/01 38 JOINDER by defendant Serco Management Svc joining motion  to strike [32-1] expert wits. (pbap) [Entry date 03/15/01]    [2: 98cv6369]

3/14/01 39 REPLY by defendant USA to opp to motion to strike [32-1]    plfs expert wits (pbap) [Entry date 03/19/01]    [2: 98cv63 69]

3/19/01 41 MINUTES: granting motion to strike [32-1] with the    exceptions stated (herein) . 1st, all expert wits    designation on liability aspects of the cases are stricken.   There will be no liability wits or trial on the liability    questions. Second, the desig of the Korean cultural wits   Mr. Robinson, is stricken by Judge Harry L. Hupp CR:   Cynthia L. Mizell. see mm ord for addtnl info (pbap)    [Entry date 04/02/01] [2:98cv6369]

3/23/01 40 EXHIBIT list by defendant USA (Re decedent Lee, Sung Chol) (Relates to MDL 1237) (shb) [Entry date 03/27/01]   [2: 98cv63 69]

3/26/01 42 WITNESS list submitted by USA (ir) [Entry date 04/02/011 [2: 98cv6369]

3/27/01   LODGED/PROPOSED ptc ord submitted . (FWD TO CRD) (pbap)   [Entry date 03/30/01] [2:98cv6369]

3/28/01 43 WITNESS list submitted by plaintiffs (yc) [Entry date 04/03/01] [2:98cv63691

3/28/01 44 MINUTES: by Harry L. Hupp; pretrial conference on 1:30 4/18/01 In addition, Certain individual problems are noted as follows: The parties are requested to file all papers under the Central District number, not the Guam number (see mins) CR: Cynthia L. Mizell (yc) [Entry date 04/04/01] [Edit date 05/10/01] [2:98cv6369]

4/4/01 49 NOTICE by USA to all parties upon further consideratoin th United States has decided not to file a motion for summary    judgment in this matter. (Relates to MDL 1237, cv 99-13513) (shb) [Entry date 04/18/01] [2:98cv6369]

4 /5/01 45 MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;    98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243;    98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are    advised of the PTC set for 4/18/01 at 1:30 p.m. If you    have any questions concerning this minute order, please  contact the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/16/011    [2: 98cv6369]

4/6/0l 50 MINUTES: Correction to PTC minute order by Judge Harry L. Hupp CR: not present. **see MO for addtnl info** (pbap) [Entry date 04/19/01] [2:98cv6369]

4/11/0l LODGED PTC ord (re: Lee, Kyung-Han (Decendent) (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:98cv63691

4/11/0l 46 MEMO OF CONTENTIONS OF FACT and LAW fld by Kyung-Han Lee (Decedent) (rl) [Entry date 04/18/01] [2:98cv6369]

4/11/0l 47 AND WITNESS list submitted by plaintiff (re: 98-6369,  Lee, Kyung-Han (Decedent) (pbap) [Entry date 04/18/011 [2: 98cv63 69]

4/11/0l 48 JNT EXHIBIT list (re: MDL 1237, Lee, Kyung-Han  (Decedent) (pbap) [Entry date 04/18/01] [2:98cv6369]

4/17/01 56 RESPONSE by plaintiffs to OSC on late filings on PTC  Ords (MDL No. 1237) (dw) [Entry date 05/01/01] [2:98cv6369]

4/17/01 57 RESPONSE by plaintiffs to OSC on late filings on PTC  Ords (MDL No 1237) (dw) [Entry date 05/01/01] [2:98cv6369]

4/18/01 51 RENEWED MOTION by defendant USA to strike plfs' expert  witness Barbara Luna motion hearing set for 10:00 5/14/01 Lodged ord (bg) [Entry date 04/23/01] [2:98cv6369]

4/18/01 52 NOTICE OF Renewed motion to strike plfs' expert witness Barbara Luna [51-1] filed by defendant USA (bg) [Entry date 04/23/01] [Edit date 04/23/01] [2:98cv6369]

4/18/01 54 MINUTES: PTC Order. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:98cv6369]

/18/01 58 PTC ORDER by Judge Harry L. Hupp. (re: Lee, Kyung-Han (Decedent), MDL 1237). **see ord for detailed info** (pbap) [Entry date 05/03/01] [2:98cv63691

4/19/01 55 WITNESS list submitted by defendant USA (pbap) [Entry date 04/24/01] [2:98cv6369]

4/20/01 53 MINUTES: Cnsl are Ordered to show cause in writing why this action should not be dism as to all dfts and/or sanctions imposed for failure to comply with Local Rule 9. Cnsl hv failed to file a jnt exh list and a dft's wit list with respect to CV 99-13513. The filings shall be made in the District of Guam. This case is being transferred to the District of Guam, where the OSC will be handled by the designated trial judge by Judge Harry L. Hupp CR: n/p (pbap) [Entry date 04/24/01] [2:98cv6369]

4/23/01 62 MINUTES: The above cases (listed herein) are transferred to the USDC for the District of Guam for trial on the issue of damages. After various serverances and consolidations, there are five cases for trial, organized by decedent, as follows: (1) . Decedent Kim Bong Su, CV 98-4500; (2) Decedent Chung Ki Chul, CV 98-5450; (3). Decedent Lee Kyung Han, CV 98-6369; CV 99-13513; (4) . Lee Sung Chul and Song Byung Won (husband and wife), CV 99-13508, CV 99-13527; CV 98-6369, and CV 98-8140; (5). Yun (or Yoon) Sun Kyu, CV 99-7226; CV 98-2243 (f) . With regard to CV 2243 (f) , the claims of plfs Ahn for the death of decedent Yun have previously been severed from the balance of CV 98-2243 and consolidated with CV 99-7226. The claims of plfs Ahn related to the death of Yun Sun Kyu are now designated by number CV 98-2243 (f) . The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District. Case transferred to Dist of: Guam by Judge Harry L. Hupp CR: not present. (ENT 5/3/01 MD JS 6 re: MDL 1237, Air Crash, Agana Guam, August 6, 1997 (pbap) [Entry date 05/03/01] [2:98cv6369]

4/30/01 59 OPPOSITION by plaintiffs to motion to strike plfs' expert witness Barbara Luna [51-1] (pbap) [Entry date 05/03/01] [2: 98cv63 69]

4/30/0l 60 DECLARATION of Richard E. Brown by plaintiff re in supprt of motion opposition [59-1] (pbap) [Entry date 05/03/011 [2: 98cv6369]

4/30/0l 61 DECLARATION of Charles Herrmann by plaintiff re in supprt of the motion opposition [59-li (pbap) [Entry date 05/03/01] [2 98cv63 69]

5/7/01 63 MINUTES: proceedings: ORD transferring mot. Dft Unites States has renewed its mot to str plf's expert witness Barbara Luna in the following cases: 98-2243, 98-6369, 98-6387, 98-6388 and 98-6389. The Crt previously had transferred 98-2243 and 98-6369 will be heard by the trial judge in Guam. This Crt will hear the mots as it relates to 98-6387, 98-6388 and 98-6389, on IN COURT HEARING RE: mot to str set on 10:00 5/14/01 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 05/09/01] [2:98cv63691]

5/9/01 64 Jnt exhibit list (pbap) [Entry date 05/11/011 [2: 98cv63 69]

5/14/01 TRANSMITTAL of documents orig file, cc docket & ord to District of Guam. (pbap) [Entry date 05/14/01] [2: 98cv63 69]

; [RSN EOD 05/24/2001]